**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7392**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

TY RAMON DAVIS,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Chief District Judge.  (4:08-cr-00144-RBS-9; 4:10-cv-00115-RBS)

———————

Submitted:  February 23, 2012      Decided:  February 28, 2012

———————

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ty Ramon Davis, Appellant Pro Se.  Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ty Ramon Davis seeks to appeal the district court's order denying his motion to alter or amend an order denying his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on June 6, 2011. The notice of appeal was filed on October 11, 2011. Because Davis failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2